IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID JOHNSON**

                Plaintiff,

   v.

**J. OVERSTREET, et al.,**

                Defendants.

No. 2:19-cv-2519-JAM-EFB P

[~~PROPOSED~~] ORDER

Good cause appearing, the Court GRANTS Defendants' motion to stay merits-based discovery and to vacate the discovery and dispositive motion deadlines in the Discovery and Scheduling Order (ECF No. 19) pending resolution of Defendants' motion for summary judgment on the issue of exhaustion (ECF No. 20). The Court will reopen discovery and reset these deadlines, if necessary, if summary judgment is denied. The Clerk is directed to terminate ECF No. 21.

IT IS SO ORDERED.

Dated: September 8, 2020.

_____
The Honorable Edmund F. Brennan