UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>J. OVERSTREET, et al.,<br><br>Defendants. | No. 2:19-cv-2519-JAM-EFB P<br><br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 8, 2020, the Magistrate Judge issued an order granting defendants' motion to modify the discovery and scheduling order, including a stay of merits-based discovery. ECF No. 22. Plaintiff has filed "objections" to that order, which the Court construes as a motion for reconsideration. ECF No. 22.

      Local Rule 303(f) provides that Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. For clarification, the Court notes that the Magistrate Judge's order did not stay discovery related to the issue of exhaustion.

      Therefore, IT IS ORDERED that, upon reconsideration, the order of the Magistrate Judge filed September 8, 2020, is AFFIRMED.

1

DATED: September 28, 2020                /s/ John A. Mendez
                                         HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE